IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

THU MINH LY, *

Petitioner, *

v. * Case No. 4:26-CV-1040-CDL-CHW

WARDEN, STEWART DETENTION CENTER, *

Respondent. *

**JUDGMENT**

Pursuant to this Court's Order dated 10/1/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk